### ALMAND *v.* THE STATE.

BECK, P. J. 1. The evidence authorized the verdict, of guilty.

2. Even if the evidence offered by the accused was sufficient to raise the question of his sanity or insanity, the evidence on that subject was sufficient to authorize the jury to find that the defendant was sane and mentally capable of committing a crime; and there is no exception to the charge of the court instructing the jury as to this issue and the law applicable thereto. *Judgment affirmed. All the Justices concur.*

No. 9664. OCTOBER 10, 1933.

*Astor Merritt,* for plaintiff in error.

*M. J. Yeomans, attorney-general, S. W. Ragsdale, solicitor-general, B. D. Murphy* and *J. T. Goree, assistant attorneys-general,* contra.